VICTORIA K. NICKOL
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. North, #300
Great Falls, MT 59401
Phone: (406) 761-7715
FAX: (406) 453-9973
Email: Victoria.Nickol@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

JAN 22 2026

Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. TRENT JUSTIN TAYLOR, Defendant. | CR 26-09-GF-BMM<br><br>INDICTMENT<br><br>INVOLUNTARY MANSLAUGHTER<br>Title 18 U.S.C. §§ 1152(a) and 1112(a)<br>(Penalty: Eight years of imprisonment, $250,000 fine, and three years of supervised release) |

THE GRAND JURY CHARGES:

That on or about December 27, 2025, at or near Box Elder, in Choteau County, in the State and District of Montana, and within the exterior boundaries of the Rocky Boy's Indian Reservation, being Indian Country, the defendant, TRENT

1

JAMES TAYLOR, without due caution and circumspection, killed John Doe, an Indian person, in the commission of a lawful act that might produce death, that is, he stabbed John Doe in the chest, killing him, in violation of 18 U.S.C. §§ 1152(a) and 1112(a).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

_____
KURT G. ALME
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney